**20CR 101**



**FILED**
FEB 13 2020
MAGISTRATE JUDGE
SUNIL R. HARJANI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE FUENTES

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: n/a

    1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): n/a

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: Use of an interstate facility to promote unlawful activity III

10. List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C. §§ 371 and 1952**

/s/ Chris Stetler
CHRIS STETLER
Assistant United States Attorney

INTAKE
FEB 13 2020