Order Form (01/2005)

# United States District Court, Northern District of Illinois

20CR 101

MAGISTRATE JUDGE FUENTES

| Name of Assigned Judge or Magistrate Judge | JUDGE GUZMAN | Sitting Judge if Other than Assigned Judge | Sunil R. Harjani |
|---|---|---|---|
| CASE NUMBER | 17 GJ-52 | DATE | FEBRUARY 13, 2020 |
| CASE TITLE | U.S. v. PATRICK J. DOHERTY | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL JANUARY 2020  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO SET PRELIMINARY BAIL AT $100,000.00 BOND AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                    UNDER SEAL)

Courtroom Deputy Initials:

FILED
FEB 13 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1